People of the State of Illinois, Appellant, v. Nick Anton, Appellee.

Gen. No. 40,534.

original opinion filed February 14, 1939; rehearing opinion filed January 21, 1941. Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Blair L. Varnes and Amos P. Scruggs, Assistant State's Attorneys, of counsel; Charles W. Schaub, for appellee; Deneen & Massena, *amicus curiae.* Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''